Jacob Cruz PRO SE,
Kahon: 165 South Gabgab Court
Liguan Terrace, Dededo Guam 96929
Telephone: 632-2410
E-Mail: jake_cruz313@hotmail.com

Plaintiff:
JACOB CRUZ PRO SE,



**FILED**
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

OF GUAM

JACOB CRUZ PRO SE,

PLAINTIFF,

Vs.,
Mustafa Issa General Manager and
HYATT REGENCY GUAM HOTEL,

Defendants.

_____/

CASE NO: 06-00004

COMPLAINT TITLES VII, and
AMERICANS WITH
DISABILITIES ACT (ADA)

COMES NOW, Plaintiff, JACOB CRUZ, and for his Complaint against Defendants states as follows"

### COUNT 1-TITLES I, V, VII (DISCRIMINATION)

1. This court has jurisdiction of Titles I, V, VII claims herein pursuant to 28 U.S.C. §§ 1331 and 1343(4). This action arises under the constitution and laws of the United States. Plaintiff is alleging violation of his rights under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C.§§ 2000e et., and ADA 42 §§ 12101-12213 inherent power to adjudicate ancillary claims.

**ORIGINAL**

<u>**Cruz PRO SE. vs. Hyatt Regency Guam Hotel, et al.**</u>

**Complaint Title VII Employment;**

February 23rd 2006

Venue herein is proper under 28 U.S.C. §1391(b) and 42 USC §2000e-5(f) (3). At all times mentioned herein, and upon information and belief, Defendant Hyatt Regency Guam Hotel was and is a Private entity organized and existing under the laws of and in the Territory of Guam, as a Territory of The United States of America, and pursuant to the Organic Act of Guam, and has its principal place of business in Guam.

2. At all times mentioned herein, and upon information and belief, Defendant Hyatt Regency Guam Hotel was and is a Private Employer and has its principal business in Guam.

3. At all times mentioned in this complaint Plaintiff was a resident of Guam and was seeking employment by the Defendants.
4. Plaintiff is an Individual with Disability, and is a Male.
5. Plaintiff filed a charge of discrimination, satisfying the requirements of 42 U.S.C. §20003-5(b) and (e) With the Equal Employment Opportunity Commission. Such charge was filed within one hundred eighty (180) days after the alleged unlawful employment practices occurred. Less than ninety(90) days prior to filing this complaint, the Justice Department to the Plaintiff a Notice of Right to Sue with the respect of such charges of discrimination.

# Cruz PRO SE, vs. Hyatt Regency Guam Hotel, et al.

**Complaint Title VII Employment;**

**February 23rd 2006**

6. On or about January 04, 2006 seeking employment with the Defendants establishment Plaintiff was discriminated against on the basis of his national origin, and his disability status.

7. the Human Resources Assistant Manager Ms. Manele Jayme, had Said when plaintiff Met With Her On January 04, 2006 as She Laughed very Variously at me and Said that That the Hyatt Regency Guam Hotel Does not Hire "Chamorro People" Because They are Lazy. She further stated that The Hotel Does not hire Handicap People because they are not contributing members to Society. And even if I had went to see the General Manager Mr. Issa he would Tell You the Same.

8. The Defendant Ms. Manele Jayme had also stated to the Plaintiff that he even can't talk clear.

9. Plaintiff did not encourage, welcome, or consent to the harassment described herein.

# Cruz PRO SE, vs. Hyatt Regency Guam Hotel, et al.

**Complaint Title VII Employment;**

**February 23rd, 2006**

10. The harassment described had a substantial detrimental effect on plaintiff mentally.

11. As the proximate result of the aforementioned acts of harassment Plaintiff suffered Outrage, Shock, humiliation and Emotional Trauma and Injury. Plaintiff is entitled Compensatory Damages In The Amount of $ 25,000,000. Twenty Five Million Dollars…

12. As A Further Proximate result of the aforementioned acts of harassment including the unwanted verbal contact, Plaintiff is entitled to punitive damages as the actions of the defendants establishment were with malice and/or reckless disregard of Federal Statutory laws.

Cruz PRO SE, vs. Hyatt Regency Guam Hotel, et al.

Case 1:06-cv-00004   Document 1   Filed 02/27/2006   Page 4 of 10

## PRAYER

**WHEREFORE, Plaintiff prays that judgment be entered in his favor and against each defendant and that the Plaintiff be awarded all relief available to him under the law and statutes, including but not limited to punitive damages, and for such other further relief as this Honorable Court deems just and Proper.**

Dated: 23rd, February 2006    BY: _____
                                  Jacob Cruz Complainant
                                      PRO SE,

# Jacob Cruz
## Kahon: 165 South Gabgab Court
## Liguan Terrace Dededo
## Guam 96929
## Tel: 671-632-2410
## E-Mail: jake_cruz313@yahoo.com

21st, February 2006

To: Honorable Judge
United States District Court

From: Jacob Cruz

Subject: Civil Case
Complaint Title VII, and Violation of the Americans with Disabilities Act (ADA).

Hafa Adai,

I would like to introduce myself my name is Jacob Cruz a Male Chamorro With a minor Speech Impairment. I am humbly seeking this courts assistance in hearing my case, and allowing me to explain my case to the Court. After hearing my case I would like to ask that this court impose the strictest penalty of $25.000.000. TWENTY FIVE Million Dollars Including Court Fees, and Taxes. And must be paid in a Full Lump-Sum payment. To ensure this action is Never Practiced by any Private, and Government Employers in the future. I think that amount above is Sufficient especially since this type of action has been going on for 12 years. Again I Am Humbly Asking that This Court Assist Me. For I am already been told that the Judges of the United States District Court Will not Entertain this Complaint. And that I am Just Wasting my Time... I have attached a copy of my Certification from Medical Doctor to explain my Disability in Detail. And I humbly pray and beg This Court to assist me. The Service Providers Such As Guam Legal Services Corporation To have not been Willing To Assist Us Individuals With Disabilities, and Most Of The Time We Just Have to let it go. But this time Honorable Judge I am asking you to render your decision so that this will be The Strictest Penalty and also it will be a Wake-up call to all service Providers and Employers Both Private and Government. I think 12 years is way to long for "One Individual" to wait to see that justice is served. Don't you agree?

Currently I am going to the Guam Community College to obtain my Adult High School Diploma. After Graduation I am planning to relocate back to The Mainland. To Further My Studies.

I am humbly Request That the Honorable Judge Render It's Judgment in my favor and gives me an Early Graduation Present. And render Judgment in my Favor. For 12 years

my voice has been unheard. Since this Discrimination has happened I haven't been able to sleep Well at Night, I have also had a real Hard Time In going on with my daily life since this Action Occurred; I have had a hard time eating. Because of what This Potential Employer had said.

I would also like to say that the lack of "PUBLIC EDUCATION" and awareness on how to deal with Individuals with Disabilities has gone way over Deaf Ears. On Guam the Definition of an Individual with Disability is one who can not see, or one that is on that can not walk and is confined To a Wheelchair. At least these are some of the Definitions that Services Providers here tell Prospective Clients.

As you can see I am representing myself in this case due to the fact Every Counsel here on Guam Especially The Guam Legal Services Corporation has consistently said that The Judges will not entertain you because you Are Handicap.

I Think you would Agree with me that 12 years is way to long and this Continued Discrimination needs to stop…

I would like to walk out of this COURT Saying that this Honorable Court saw that these acts of Discrimination's Need to be corrected. And that the Local Government Service Providers need to be more Proactive in Educating the General Public, and Private Employers. Apparently you have the agencies in place that are supposed to assist Individuals with Disabilities but instead they are ignorant to the letter of the Law. In most cases these types are of Discriminations are gone silent.

At school I currently have the same situation's where Normal Human Beings think that I have Diseases. Unfortunately I do not have any Friends, because they think that I can't even talk clearly. And this is Quite a Challenge but I am just doing the best I can.

Guam Over the years has seen an influx of Many Different Nationalities and I believe that is the reason we are seeing more, and more of these types of Segregations, and stereotyping incidence because as soon as they get off the Plane and if they have Relatives Working in either The Hospitality, or the Local Government they are Given First Priority. Because they are Family, or Relatives.

Because of this The Native People Here on Guam Are Treated Like We Are Second Class Citizens. And we are Minorities in Our Homeland. Why? Why? Why?.

As an individual I am certain that the Equal Employment Opportunity Law is clear; that no one shall be discriminated against because of Sex, Age, Color, National Origin, and Disability. The Law Is Clear. And way to long on Guam This Law has been ignored By People here On Guam. Because they have the power and Influence to have the Judges favor them because the Judges get something in Return…

I am therefore asking The Honorable District Court of Guam to accept this case.
If we continue to let these cases go unheard then one Day This May happen to others in our community, it could happen to your Children's Children and There Children. Put yourselves in my shoes what would you do? You probably would do the same thing that I am doing now...

In Closing I would like to share with you a Philosophy that I Live by Everyday. It goes something like this.

"We can not be passive or silent when human beings endure sufferings or humiliation. We must step forward and take sides. We Must Assist Immediately.

At times we may fail; at times we may make mistakes. But we must never make the same mistake of failing to try. People deserve nothing less".

I Think that $25.000.000, is Sufficient enough to send a Message Out that this Honorable Court Will Not Tolerate Any Type of Mistreatment... By Any Individual, or Entity either Government or Private.

Again I am humbly seeking Your Help in Every Way you can to help me

Should you need additional Information Please do not Hesitate to Contact Me for I will be ready to provide it to you...Please Contact Me via E-mail...?

Thank You in advance for your help...
Jacob Cruz
Complainant.

**Date:** Tue, 21 Feb 2006 16:58:24 -0500

**From:** "EMILY Mauga" <EMILY.Mauga@EEOC.GOV>  Add to Address Book   Add Mobile Alert

**To:** jake_cruz313@yahoo.com

**Subject:** Charge No. 486-2006-00041 Cruz v. Hyatt Regency Guam

Dear Mr. Cruz,
Per our discussion on 2/17/06, this is regarding the status of your Notice of right to sue request. Our Director has issued your Notice of Right to Sue as of today, 2/21/06 and we're sending it to you via USPS priority mail. If you have any questions please don't hesitate to call or email me. Thank you

Emily Mauga
Office Automation Assistant
EEOC- Honolulu Local Office
300 Ala Moana Blvd., Rm 7-127
Honolulu HI 96850
P-(808) 541-3120
Fax- (808) 541-3390
email: emily.mauga@eeoc.gov

DIVISION OF PUBLIC WELFARE
BUREAU OF ECONOMIC SECURITY
P.O. BOX 2816
AGANA, GUAM 96910

GENERAL SURGICAL AND MISCELLANEOUS SPECIALITY EXAMINATION

TO PHYSICIAN, HOSPTIAL, OR CLINIC, The informaiton requested concerning this patient is to be used to determine his/her eligibility or service and as a guide in providing such service if he/she is found to be eligible. All informatin will be held strictly confidential.

| NAME OF PATIENT | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|
| JACOB B.C. CRUZ | ☑ M ☐ F | CHAMORO | 05 Sep 72 |

ADDRESS OF PATIENT: Kaloa FN Hagatna Guam 96932

INFORMATION GAINED FROM GENERAL PHYSICAL EXAMINATION INDICATES PATIENT HAS HAD THE FOLLOWING DIFFICULTIES (include Onset Date) ① narcolepsy ② mental retardation ③ learning disability / borderline intellectual functioning since childhood — no #1 & #2 not obvious by exam however patient has had "extensive" psychological testing that supports this.

### SECTION II (TO BE FILLED OUT BY EXAMINING PHYSICIAN)

DESCRIBE FULLY: NATURE AND CONDITION OF FINDINGS, PARTS AFFECTED, NATURE AND DEGREE OF INVOLVEMENT

see above. Patient unable to stay focused and attentive for long periods of time — falls asleep involuntarily.

DIAGONSIS AND CAUSE OF DISABILITY

1. narcolepsy
2. Mental retardation / borderline intellectual functioning
3. learning disability

COMPLICATIONS

no physical complications

CHARACTERESTICS OF DISABILITY (CHECK ONE)

☐ Stable ☐ Progressive ☐ Improving ☐ Recurrent ☑ Permanent ☐ Infectious