*Jacob Cruz*
*Kahon: 165 South Gabgab Court*
*Liguan Terrace Dededo*
*Guam 96929*
*Tel: 671-632-2410*
*E-Mail: jake_cruz313@yahoo.com*

**FILED**
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

07th March 2006

To: Honorable
United States District Court

From: Jacob Cruz

Subject: Civil Case # 06-00004

Hafa Adai,

I am writing this letter to inform the court that to date I am not receiving any sort of income. I am relying on relatives and friends to help me out while I continue my Education. I am expected to graduate To Receive My Adult High School Diploma This Semester (Spring 2006) In May. The money I get each week is about $ 20.00 and that is just enough to cover my Lunch/Dinner at school…

Should there be any other information you may need please do not hesitate to contact me…

Shina Ma'ase

Jacob Cruz PRO SE,
Plaintiff

**RECEIVED**
MAR -7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM