# UNITED STATES DISTRICT COURT

District of      GUAM

JACOB CRUZ, Pro Se,

    Plaintiff,

vs.

MUSTAFA ISSA, General Manager and
HYATT REGENCY GUAM HOTEL,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-06-00004

**FILED**
DISTRICT COURT OF GUAM
MAR -9 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

MUSTAFA ISSA
1155 Pale San Vitores Road
Tumon, Guam 96911

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JACOB CRUZ
Kahon: 165 So. Gabgab Ct.
Liguan Terrace
Dededo, Guam 96929

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

DATE

MAR -7 2006

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 3/9/06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| John Benavente | Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Craig Sawers - Director of Finance / Hyatt Regency

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | NONE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/9/06
Date

*Signature of Server*

P.O. Box 20385, GMF GU 96921
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.