**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| JACOB CRUZ,<br><br>Plaintiff,<br><br>vs.<br><br>MUSTAFA ISSA and<br>HYATT REGENCY GUAM HOTEL,<br><br>Defendants. | Civil Case No. 06-00004<br><br><br>**ORDER** |

This matter comes before the court on plaintiff's motion to proceed *in forma pauperis*. See, Docket No. 2 and 3. The court having reviewed the record in this matter, finds it appropriate to GRANT plaintiff's request to proceed *in forma pauperis*.

In accordance with 28 U.S.C. 1915, the court directs that an initial partial fee of ten dollars ($10.00) be paid by plaintiff to the Clerk, U.S. District Court of Guam within thirty (30) days of the date of this order. The plaintiff shall also pay to the court on a continuing basis, monthly installments of twenty dollars ($20.00) due on the 15th of each month for the next twelve (12) months. The plaintiff shall continue to make these payments until the filing fee of $250.00 has been paid in full.

All payments shall be designated as made in payment of the filing fee for plaintiff Cruz in Civil Case No. 06-00004, and shall be made payable to the Clerk, U.S. District Court of Guam.

///

///

**ORIGINAL**

1  A copy of this order shall be sent by the docket clerk to all parties of record and the financial
2  administrator for the District of Guam.
3
4     **SO ORDERED** this 13th day of March, 2006.
5
6
7                                         _____
                                          JAMES L. ROBART*
                                          United States District Judge
8
9

---

* The Honorable James L. Robart, United States District Judge for Western Washington, by designation.