# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Jacob Cruz,** | |
| Plaintiff, | |
| vs. | **Case No: 1:06-cv-00004** |
| **Mustafa Issa, et al.,** | |
| Defendants. | |

The following individual was served by first class mail on March 13, 2006:

    Jacob Cruz
    Kahon: 165 South Gabgab Court
    Liguan Terrace
    Dededo, Guam 96929

I, Renee M. Martinez, declare under penalty of perjury that on the above-listed date I served the:

Order filed March 13, 2006

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 15, 2006                          /s/ Renee M. Martinez
                                                            Deputy Clerk