MAIR, MAIR, SPADE & THOMPSON
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/90
Facsimile: (671) 477-5206

Attorneys for Defendants Mustafa Issa and
Marianas Hospitality Corporation

**FILED**
DISTRICT COURT OF GUAM

MAR 2 0 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JACOB CRUZ, Pro Se, | CIVIL CASE NO. 06-00004 |
| Plaintiff, | |
| v. | **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| MUSTAFA ISSA, General Manager and HYATT REGENCY GUAM HOTEL, | |
| Defendants. | |

TO: **PLAINTIFF JACOB CRUZ, *Pro Se***

PLEASE TAKE NOTICE that pursuant to Local Rule 7.1(d)(2), Defendants Mustafa Issa and Marianas Hospitality Corporation, improperly sued by its "dba" name, "Hyatt Regency Guam Hotel" (hereinafter collectively referred to as "Defendants"), hereby will move the Court to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiff Jacob Cruz's Complaint fails to state a claim upon which relief can be granted.

**ORIGINAL**

The motion will be based on this Notice of Motion and Motion, and the Memorandum of Points and Authorities filed herewith, and by all of the pleadings and proceedings heretofore had herein. Oral argument is not being requested.

Dated this 20th day of March, 2006.

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys for Defendants

By _____
RANDALL TODD THOMPSON

P063032.RTT.wpd