MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendants Mustafa Issa and
Marianas Hospitality Corporation

**FILED**
DISTRICT COURT OF GUAM

MAR 21 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JACOB CRUZ, Pro Se, | CIVIL CASE NO. 06-00004 |
| Plaintiff, | |
| v. | |
| MUSTAFA ISSA, General Manager and HYATT REGENCY GUAM HOTEL, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, **DANA GUTIERREZ-REYES**, hereby certify that I have caused a copy of the **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; and [PROPOSED] ORDER** filed on March 20, 2006, to be served upon the following person as set forth below:

//

//

//

| | |
|---|---|
| 1 | On March 20, 2009, via hand delivery to: |
| 2 | |
| 3 | JACOB CRUZ<br>165 So. Gabgab Court<br>Liguan Terrace |
| 4 | Dededo, Guam 96929<br>Plaintiff |
| 5 | |
| 6 | Dated this 21st day of March, 2006. |

By _____
DANA GUTIERREZ-REYES

P063035.RTT.wpd