FILED
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

JACOB CRUZ,

    Plaintiff,

vs.

MUSTAFA ISSA and
HYATT REGENCY GUAM HOTEL,

    Defendants.

Civil Case No. 06-00004

**ORDER**

    The Court is in receipt of Defendants' Motion to Dismiss for Failure to State a Claim ("motion") filed March 20, 2006. The Plaintiff shall have until May 26, 2006, to file a response to the motion. If a response is received, Defendants shall have until June 9, 2006 in which to file a reply. If the Court finds that a hearing is necessary on the motion, then one shall be set at a later date.

    While reviewing Defendants' motion, the Court has taken the opportunity to *sua sponte* revisit plaintiff's request to proceed *in forma pauperis*. *See*, Docket No. 2 and 3. On March 13, 2006, the Court issued an order granting Plaintiff's request, but requiring that Plaintiff pay the fee in monthly installments over the course of the next year. The Court, after further review, finds it appropriate to modify the order to strike the provision requiring monthly installment payments. Accordingly, the Court finds that no payment of the filing fees will be required of the Plaintiff at this time. Any payments already made by Plaintiff shall be immediately refunded. A copy of this order shall be sent by the docket clerk to all parties of record and the financial administrator for the District of Guam.

    **SO ORDERED** this 06 day of April, 2006.

ROGER T. BENITEZ[*]
United States District Judge

---

[*] The Honorable Roger T. Benitez, United States District Judge for Southern California, sitting by designation.