# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Jacob Cruz,<br><br>    Plaintiff,<br><br>  vs.<br><br>Mustafa Issa, et al.,<br><br>    Defendants. | Case No. 1:06-cv-00004<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order filed April 6, 2006 re motion to dismiss and order granting application to proceed without prepayment of fees, on the dates indicated below:

Mair, Mair, Spade & Thompson – April 11, 2006

The following individual was served by first class mail on April 11, 2006:

  Jacob Cruz
  Kahon: 165 South Gabgab Court
  Liguan Terrace
  Dededo, Guam 96929

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order on motion to dismiss and order granting application to proceed without prepayment of fees filed April 6, 2006

was served on the above listed entities and in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 11, 2006           /s/ Virginia T. Kilgore
                     Deputy Clerk