# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| Jacob Cruz,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Mustafa Issa, et al.,<br><br>　　　　　Defendants. | Case No. 1:06-cv-00004<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Notice filed April 18, 2006, on the dates indicated below:

Mair, Mair, Spade and Thompson, P.C.
April 21, 2006

The following individual was served by first class mail on April 21, 2006:

　　Jacob Cruz
　　Kahon: 165 South Gabga
　　Liguan Terrace
　　Dededo, Guam 96929

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Notice filed April 18, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 24, 2006　　　　　　　　　　　　　　/s/ Renee M. Martinez
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk