*Jacob Cruz Pro Se*
*Kahon: 165 South Gabgab Court,*
*Liguan Terrace Dededo Guam 96929-5501*

*27th, April 2006*

To: The Honorable Court
United States District Court of Guam

**FILED**
DISTRICT COURT OF GUAM
APR 28 2006
**MARY L.M. MORAN**
**CLERK OF COURT**

Subject: Request Closure of Civil Case: 06-00004
Cruz Pro Se, vs Mustafa Isa General Manager and The Hyatt Regency Guam Hotel.

*Hafa Adai,*

I Would Like To Respectfully Request That The Honorable District Court of Guam Close The Civil Case. Due To Personal Reasons.

Should You Need Additional Information You May Reach Me Via Post Office Box Listed above...

*Saina Ma'ase*

Jacob Cruz
Pro Se.

**ORIGINAL**

*Jacob Cruz Pro Se*
*Kahon: 165 South Gabgab Court,*
*Liguan Terrace Dededo Guam 96929*
*E-Mail: jake_cruz313@yahoo.com*

25th, April 2006

To: Honorable Court
United States District Court Of Guam

Subject: Closure of Civil Case # 006-00004

Hafa Adai,

I am Humbly requesting that my case be closed. Effective Immediately. Cruz Pro Se, vs. Mustafa Isa General Manager and The Hyatt Regency Guam Hotel. Due to Personal Reasons...

Should You Need Additional Information Please Do Not Hesitate To Contact Me Via E-Mail Or Mailing Address Listed Above...

Saina Ma'ase

Jacob Cruz
Pro Se

Cc: U.s. District Court
File