FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JACOB CRUZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MUSTAFA ISSA, et. al.,<br><br>　　　　Defendants. | Civil Case No. 06-00004<br><br>**ORDER RE DISMISSING CASE** |

On April 28, 2006, the plaintiff appearing *pro se* filed a letter requesting the Court to dismiss this action. *See* Docket No. 15. In light of the plaintiff's request, the Court hereby grants the plaintiff's request pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure and **DISMISSES** this action **WITHOUT PREJUDICE**. In addition, the defendant's Motion to Dismiss filed on March 20, 2006 is moot and will not be considered further.

**SO ORDERED** this 2nd day of May, 2006.

　　　　　　　　　　　　　　　　　　　　FRANCIS TYDINGCO-GATEWOOD[*]
　　　　　　　　　　　　　　　DESIGNATED UNITED STATES DISTRICT JUDGE

**ORIGINAL**

---

[*] The Honorable Francis Tydingco-Gatewood, United States District Judge, by designation.