## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Jacob Cruz,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Mustafa Issa, et al.,<br><br>　　　　　　Defendants. | Civil Case No. 1:06-cv-00004<br><br><br>**J U D G M E N T** |

  Judgment is hereby entered in accordance with the Order re Dismissing Case filed May 2, 2006.

  Dated this 2nd of May, 2006, Hagatna, Guam.

                      **/s/ Mary L.M. Moran**
                         Clerk of Court