# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Jacob Cruz,<br><br>    Plaintiff,<br><br>    vs.<br><br>Mustafa Issa, et al.,<br><br>    Defendants. | Case No. 1:06-cv-00004<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order re Dismissing Case, Judgment, Notice of Entry of Order, and the Notice of Entry of Judgment, filed May 2, 2006, on the dates indicated below:

Mair, Mair, Spade & Thompson – May 3, 2006

The following individual was served by first class mail on May 3, 2006:

 Jacob Cruz
 Kahon: 165 South Gabgab Court
 Liguan Terrace, Dededo, Guam 96929

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order re Dismissing Case, Judgment, Notice of Entry of Order, and the Notice of Entry of Judgment, filed May 2, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 3, 2006            /s/ Virginia T. Kilgore
                         Deputy Clerk